# Exhibit 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by Nextpoint, Inc. ("Nextpoint"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Nextpoint systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to Nextpoint eDiscovery software document management solution. (*see, e.g.*, Nextpoint – Complex Discovery, https://complexdiscovery.com/buyers-guide/nextpoint/) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate Nextpoint's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Nextpoint has not yet provided any non-public information. An analysis of Nextpoint's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Nextpoint directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Nextpoint's provision of the Accused Instrumentalities. However, to the extent that Nextpoint attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Nextpoint. Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software", which uses a cloud based "eDiscovery software" for proofing electronic documents delivered over a network.<br><br>Company Description:<br><br>Nextpoint is a Chicago-based software company founded in 2001 that provides cloud-based eDiscovery and litigation support software for law firms and legal departments. Their platform helps legal teams import and process data, review and tag documents, produce files, manage transcripts and depositions, and build trial timelines — all in a secure, user-friendly environment. With role-based permissions, dedicated client success support, and predictable per-user pricing, Nextpoint simplifies the complexity of modern litigation.<br><br>Offerings:<br><br>• Cloud-Based eDiscovery Software<br>• Data Import and Processing<br>• Document Review and Tagging<br>• Advanced Search and Filtering<br>• Document Production Tools<br><br>Source: eDiscovery Systems<br><br>https://complexdiscovery.com/buyers-guide/nextpoint/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | **What is Nextpoint?**<br><br>Nextpoint patented, on-demand software built on cloud architecture automates the complex processes of ediscovery and case preparation, and simplifies the dynamics of data management for modern legal teams. Nextpoint's core is a full-featured, easy-to-use document review workflow with unlimited data hosting. Designed to simplify and automate the entire process, you can customize almost everything in real-time (views, tags, coding, bulk actions, and more) for your particular team or project.<br><br>Source: Software Reviews<br><br>https://www.softwarereviews.com/products/nextpoint?c_id=162#overview  (annotations added)<br><br>Discovery Cloud seeks to replace traditional discovery document review tools such as Concordance, Relativity, Summation, etc. As its name implies, Discovery Cloud is web-based, which means it works inside your web browser. This means you don't have to install any software or manage any servers. Also, it's accessible from any computer connected to the Internet.<br><br>Source: Review of Discovery Cloud, p.1<br><br>https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

|  |  |
|---|---|
|  | When you import documents, Nextpoint's OCR technology automatically converts any scanned documents into searchable text. For exporting documents, Nextpoint supports the increasingly popular Native File format (the document's original format), as well as other formats such as PDF, TIFF, Concordance, and EDRM XML.<br><br>Source: Review of Discovery Cloud, p.2<br><br>https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf (annotations added)<br><br><br><br>Source: Nextpoint - Review Overview (Timestamp 0:19)<br><br>https://www.youtube.com/watch?v=jutVKcXhhuM (annotations added) |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network. |
| | An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which uses a database of documents including portable format electronic documents.<br><br>Once I had my "call-out" and high-lighted text the way I wanted, I had the option of saving the document "treatment" into the Nextpoint database so that I could bring it up later. Each treatment is associated with its corresponding document. I also had the option of downloading a screenshot of my work as an image so that I could insert it into a PowerPoint presentation or Word document.<br><br>Source: Review: Nextpoint, p.3<br><br>https://www.macsinlaw.com/wp-content/uploads/2010/12/Burney-NextPoint-Review-TF-10-13-09.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | like that the column widths can be easily adjusted, which is helpful for the "Title" column since it usually contains the long Subject line of an email.<br><br>Nextpoint "Folders" (formerly Sub-Reviews) allow administrators to organize documents for review. Folders can be used to simply identify a document's source or to assign reviewer sets. They can also be checked as "Inactive" if you need to exclude certain collections from search results.<br><br>Source: Democratizing e-Discovery, p.2<br><br>https://www.nextpoint.com/wp-content/uploads/2018/12/LegalTechNews-Reviews-Nextpoint.pdf (annotations added)<br><br>**AWS Data Centers**<br><br>For more than 13 years Nextpoint has been hosted by Amazon Web Services. The AWS global cloud-computing infrastructure is managed according to the strictest standards of security and compliance, and trusted by NASA, the CIA and many leading corporations.<br><br>Source: TRUSTED EDISCOVERY SECURITY & COMPLIANCE<br><br>https://www.nextpoint.com/ediscovery-security-and-compliance/ (annotations added)<br><br>The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which uses a database of documents including portable format electronic documents, stored together with at least one proofer identifier. |

**FIELDS, FUNCTIONS & FEATURES**

Document coding fields and metadata appear in the right panel of the screen. Codes for Relevancy and Privilege status can be customized, and Confidentiality Codes can be used to apply a stamp to the bottom of documents (e.g. for Protective Orders).

Custom Fields can easily be created, and any coding field can be promoted as a "Hot Field," which means that it appears at the top of the right panel for easy access.

Source: Democratizing e-Discovery, p.2

https://www.nextpoint.com/wp-content/uploads/2018/12/LegalTechNews-Reviews-Nextpoint.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**





Source: TRUSTED EDISCOVERY SECURITY & COMPLIANCE

https://www.nextpoint.com/ediscovery-security-and-compliance/ (annotations added)

**ONE LOGIN, MULTIPLE FEATURES**

You get a lot of bang for your itty-bitty buck with Nextpoint. A single login gives you access to data processing, document review, production exports, and trial prep tools. That last feature includes a unique Theater mode where you can create callouts and highlight text for your trial presentation needs.

Source: Democratizing e-Discovery, p.1

https://www.nextpoint.com/wp-content/uploads/2018/12/LegalTechNews-Reviews-Nextpoint.pdf (annotations added)

### LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**



Source: SMARTER EDISCOVERY FEATURES

https://www.nextpoint.com/ediscovery-features/ (annotations added)

The evidence above confirms that the Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.

An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments.<br><br>In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which uses "Document viewer with customizable page notes field" for receiving reviewers' annotations (comments).<br><br>Discovery Cloud seeks to replace traditional discovery document review tools such as Concordance, Relativity, Summation, etc. As its name implies, Discovery Cloud is web-based, which means it works inside your web browser. This means you don't have to install any software or manage any servers. Also, it's accessible from any computer connected to the Internet.<br><br>Source: Review of Discovery Cloud, p.1<br><br>https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**



Source: Software Reviews

https://www.softwarereviews.com/products/nextpoint?c_id=162 (annotations added)

Instead, this section focuses on cloud-based tools for e-discovery, specifically for the document review portion of an e-discovery project. Instead of relying on tools such as Summation or Concordance, lawyers can use cloud-based services such as Lexbe or Nextpoint to review the documents that have been collected. These services also allow lawyers to search, tag and produce documents.

Source: eDiscovery forthe Small Firm, p.34

https://www.cobar.org/Portals/COBAR/Repository/lpm/AffinityWebinars/08-21-18%20eDiscovery%20Handout.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**



Source: New Nextpoint Feature: Digital Notes for Document Reviewers

https://www.nextpoint.com/ediscovery-blog/folder-tags/ (annotations added)

The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which uses "Document viewer with customizable page notes field" for receiving reviewers' annotations (comments), each concerning a particular one of the portable format documents.

### LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

### U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16



*Nextpoint document viewer with customizable coding panel and page note fields.*

Source: eDdiscovery Document Review

https://www.nextpoint.com/ediscovery-blog/document-review-process-ediscovery-strategies/
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**



Source: Ediscovery Software Optimization (Timestamp 0:49)

https://www.youtube.com/watch?v=yvqE-AQl-2Q (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

### LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.** <br><br> The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. <br><br> In particular, the Accused Instrumentalities include "Nextpoint Inc" which includes ediscovery software executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., the particular portable format electronic documents) in database. <br><br>  <br><br> Source: Software Reviews <br><br> https://www.softwarereviews.com/products/nextpoint?c_id=162 (annotations added) <br><br> You review and apply codes to documents by clicking the Responsive/Privileged options or by using the built-in keyboard short-cuts. The "Update & Next" button saves the changes and moves to the next document in the list. <br><br> Source: Review of Discovery Cloud, p.2 <br><br> https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf (annotations added) |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16

Once I had my "call-out" and high-lighted text the way I wanted, I had the option of saving the document "treatment" into the Nextpoint database so that I could bring it up later. Each treatment is associated with its corresponding document. I also had the option of download-ing a screenshot of my work as an image so that I could insert it into a PowerPoint presentation or Word document.

Source: Review: Nextpoint, p.3

https://www.macsinlaw.com/wp-content/uploads/2010/12/Burney-NextPoint-Review-TF-10-13-09.pdf (annotations added)

Folder Tags is a brand new feature that lets reviewers add notes to folders in Nextpoint.

The inspiration came from a Nextpoint client with a large review project. The review team wanted to make it possible for groups of reviewers to leave comments after finishing work on individual folders.

Like a Post-it for Document Reviewers

To add a comment, simply hover over the name of any folder and click the "Add a Tag" link. Type your note and all team members with access to the folder can see the note. Leave as many notes as necessary and click the x mark in any tag to delete.

Source: New Nextpoint Feature: Digital Notes for Document Reviewers

https://www.nextpoint.com/ediscovery-blog/folder-tags/ (annotations added)

### LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

### U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16



Nextpoint document viewer with customizable coding panel and page note fields.

Source: Ediscovery Document Review

https://www.nextpoint.com/ediscovery-blog/document-review-process-ediscovery-strategies/
(annotations added)

In Nextpoint, you can click and draw a box on a document to redact information, but since this is a tool **specifically designed for the job,** the box remains transparent so you can see **exactly what is being redacted** and make any necessary corrections. The final redaction isn't applied until the very end when you're creating a production. In addition, all redactions and annotations are tracked so you can see **exactly who did what and when.** And for each redaction, you can note the reason so that no one in the future has to guess why a redaction was created.

Source: Nextpoint Blog

https://www.nextpoint.com/ediscovery-blog/redacted-legal-document-tips-document-review/
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. |
| | An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document;** | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.** |
| | The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier. |
| | In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which includes a computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier). |
| | **ONE LOGIN, MULTIPLE FEATURES**<br><br>You get a lot of bang for your itty-bitty buck with Nextpoint. A single login gives you access to data processing, document review, production exports, and trial prep tools. That last feature includes a unique Theater mode where you can create callouts and highlight text for your trial presentation needs. |
| | Source: Democratizing e-Discovery, p.1 |
| | https://www.nextpoint.com/wp-content/uploads/2018/12/LegalTechNews-Reviews-Nextpoint.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| |  **CONTROLLED ACCESS**<br><br>Access to all data is permissions based at the case, folder and document level.<br><br>Source: TRUSTED EDISCOVERY SECURITY & COMPLIANCE<br><br>https://www.nextpoint.com/ediscovery-security-and-compliance/ (annotations added)<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which includes a computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier) to review (via document viewer) the content (i.e., portable format document). Nextpoint includes document viewer to review the documents.<br><br> **Document Preview**<br><br>Reviewers (you) can now click on the document preview "eye" icon associated with any document to get an instant preview of the document's first page in a interface modal window.<br><br>Source: Document Review Software<br><br>https://www.nextpoint.com/ediscovery-blog/document-review-software/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

<table>
<tr>
<td></td>
<td>

Simply log in and click the Review tab to see ALL ACTIVE folders. The MY FOLDERS button allows you to quickly view only folders currently assigned to you. You can sort folders with a simple pull bar and reverse order with a click of the mouse. Of course, a SEARCH FIELD at the top also lets you find any folders you need in seconds.

Source: Document Review Software

https://www.nextpoint.com/ediscovery-blog/introducing-nextpoint-review-folders/ (annotations added)

**Viewing Documents**

Clicking on a document link opens the document in a new tab in your web browser. The Nextpoint Document Viewer is very clean and uncomplicated - you see your document in the main part of the window, and the "Viewer Mode" allows you to switch into a text-only view.

Source: eDiscovery Buyers Guide, p.31

https://complexdiscovery.com/wp-content/uploads/2018/01/2018-eDiscovery-Buyers-Guide-5.pdf (annotations added)

</td>
</tr>
</table>

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**



Source: Document Review Software

https://www.nextpoint.com/ediscovery-blog/introducing-nextpoint-review-folders/ (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16

| said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review. | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software", which provides "document viewer" for retrieving and formatting "content" (i.e., the requested document).<br><br>**Viewing Documents**<br>Clicking on a document link opens the document in a new tab in your web browser. The Nextpoint Document Viewer is very clean and uncomplicated - you see your document in the main part of the window, and the "Viewer Mode" allows you to switch into a text-only view.<br><br>Source: eDiscovery Buyers Guide, p.31<br><br>https://complexdiscovery.com/wp-content/uploads/2018/01/2018-eDiscovery-Buyers-Guide-5.pdf (annotations added)<br><br>Simply log in and click the Review tab to see ALL ACTIVE folders. The MY FOLDERS button allows you to quickly view only folders currently assigned to you. You can sort folders with a simple pull bar and reverse order with a click of the mouse. Of course, a SEARCH FIELD at the top also lets you find any folders you need in seconds.<br><br>Source: Document Review Software<br><br>https://www.nextpoint.com/ediscovery-blog/introducing-nextpoint-review-folders/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | You can bring up a list of documents by clicking into an assigned sub-review or by simply performing a search. I've always found the search capabilities in Nextpoint to be exceptional. In fact, a Google-like search box is the first thing you see when you log into Discovery Cloud. |
| | Source: Review of Discovery Cloud, p.2 |
| | https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf (annotations added) |
| | The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review. |
| | In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software", which includes "Document Viewer" for retrieving and formatting "content" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | **Document Review and Measurement**<br><br>Clicking on a document takes you to the document detail page displaying a beautifully rendered image on the left with panels on the right for "Related Documents" and "Coding Fields" among others. You can crete Custom Coding Fields to handle virtually any type of information you need to capture about a document (e.g. dates, legal issues, etc.). If you designate a field as a "Hot Field," it will display prominently in the Coding Fields panel, which is a helpful option.<br><br>Source: Review of Discovery Cloud, p.2<br><br>https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**



*Nextpoint document viewer with customizable coding panel and page note fields.*

Source: eDiscovery Document Review

https://www.nextpoint.com/ediscovery-blog/document-review-process-ediscovery-strategies/
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review. |
| | An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| Claim 16 | Accused Instrumentalities |
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** |
| | The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record. |
| | In particular, the Accused Instrumentalities include "Nextpoint eDiscovery software" which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | *"Based on customer feedback, Nextpoint includes an easy-to-use "Share" feature for emailing a link to a document inside the platform, or an entire export/production set."* |
| | Source: eDiscovery Buyers Guide, p.48 |
| | https://complexdiscovery.com/wp-content/uploads/2018/01/2018-eDiscovery-Buyers-Guide-5.pdf (annotations added) |
| | **Viewing Documents** Clicking on a document link opens the document in a new tab in your web browser. The Nextpoint Document Viewer is very clean and uncomplicated - you see your document in the main part of the window, and the "Viewer Mode" allows you to switch into a text-only view. |
| | Source: eDiscovery Buyers Guide, p.31 |
| | https://complexdiscovery.com/wp-content/uploads/2018/01/2018-eDiscovery-Buyers-Guide-5.pdf (annotations added) |
| | You can bring up a list of documents by clicking into an assigned sub-review or by simply performing a search. I've always found the search capabilities in Nextpoint to be exceptional. In fact, a Google-like search box is the first thing you see when you log into Discovery Cloud. |
| | Source: Review of Discovery Cloud, p.2 |
| | https://www.nextpoint.com/wp-content/uploads/2013/08/Nextpoint_TechnoLawyer_Review.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

| | |
|---|---|
| | Based on customer feedback, Nextpoint includes an easy-to-use "Share" feature for emailing a link to a document inside the platform, or an entire export/ production set. The link only allows them to view the current document and does not provide access to the rest of the database, making this a great way to quickly share a single document or a file collection with folks inside or outside the firm. You can also add a note to the emailed link. This avoids you having to print out a document and send it as a separate email attachment.<br><br>Source: eDiscovery Buyers Guide, p.49<br><br>https://complexdiscovery.com/wp-content/uploads/2018/01/2018-eDiscovery-Buyers-Guide-5.pdf (annotations added)<br><br><br><br>Source: SMARTER EDISCOVERY FEATURES<br><br>https://www.nextpoint.com/ediscovery-features/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Nextpoint, Inc. - Claim 16**

|  |  |
|---|---|
|  | The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "\<protocol>://\<host>" together with the directory tree structure assembled from the information about the document version "\<client>/\<version>/\<name>". The complete URL takes the form \<protocol>://\<host>/\<client>/\<project>/\<version>/\<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |