# Exhibit 4

Complex Discovery

eDisclosure Systems

# Buyers Guide

Search... | All Categories | SEARCH

Guide Introduction 11
Suppliers 166

Home > Buyers Guide > Suppliers > Nextpoint

# NEXTPOINT

< 1 min read

**Vendor Name:** Nextpoint

**Key Contact:**

**General Inquiries**
Nextpoint Contact Form
Email: hello@nextpoint.com
Phone: (888) 929-6398

**Address:** 4545 N Ravenswood Ave, #301, Chicago, IL 60640, United States

**Company Website:** nextpoint.com

---

**Company Description:**
Nextpoint is a Chicago-based software company founded in 2001 that provides cloud-based eDiscovery and litigation support software for law firms and legal departments. Their platform helps legal teams import and process data, review and tag documents, produce files, manage transcripts and depositions, and build trial timelines — all in a secure, user-friendly environment. With role-based permissions, dedicated client success support, and predictable per-user pricing, Nextpoint simplifies the complexity of modern litigation.

**Offerings:**

- Cloud-Based eDiscovery Software
- Data Import and Processing
- Document Review and Tagging
- Advanced Search and Filtering
- Document Production Tools
- Case Building and Trial Prep Tools
- Secure Hosting and User Permissions
- Dedicated Client Success Director
- Predictable, Per-User Pricing

---

E·D·R·M TRUSTED PARTNER

**Was this article helpful?**

Questions? How can we help?

*Updated on April 4, 2025*

← Merlin Search Technologies Delium →

*Powered by BetterDocs*

- Vendor Inclusion Request
- ABBYY
- AITHERAS LLC (US)
- AlixPartners
- Altlaw
- Alvarez & Marsal
- Ankura Consulting
- Aon Cyber Solutions
- APT Search
- Arkus Consulting
- Array
- BCL Legal
- BDO LLP
- Beagle
- Belkasoft
- blu Eye GmbH
- BlueStar
- Breakwater (US)
- Bundledocs
- C-TEQ
- Canon Business Process Services
- Canopy Software, Inc (US)
- Casepoint (US)
- Causasoft LLC / ExhibitManager (Switzerland)
- CCL Solutions Group Ltd
- CDS
- Cellebrite
- Cenza Technologies
- Cimplifi
- Clarity
- Cloudficient
- CloudNine
- Codex Global
- CodexTen
- Commvault
- Compiled
- Complete Discovery Source (CDS)
- Complete Legal

- Compute Forensics
- Conduent
- Consilio
- Control Risks
- Critical Data
- CYFOR Legal
- Data Analysis Services (DAS)
- Data Narro
- DecoverAI
- Delium
- Deloitte LLP
- Digital Mountain
- Digital WarRoom
- DISCO (CS Disco, Inc)
- Disklabs Ltd
- Druva
- Elite Discovery
- Empire Discovery
- Epiq Systems
- Ernst & Young
- ESI Laboratory
- Everlaw
- Exigent Group Limited
- EXO Edge Legal Services Outsourcing (India)
- Exterro UK Limited
- FACS PROMIMIK
- Farsight Ltd (Former SFTS Engineering AG)
- Fileread
- Forensic Risk Alliance (FRA)
- Forentec
- FRONTEO
- FRP Advisory
- FTI Technology (A Practice of FTI Consulting)
- GoldFynch
- Grant Thornton UK LLP
- Gulfstream Data
- Hanzo

Harbor Global
HashtagLegal
HaystackID
Heureka Software, LLC (US)
Heuristica Discovery Counsel
Hire Counsel
iBridge
iCONECT
IDATS (Insurgo Group) + DART Software
i-Lit
Paralegals Ltd
IPRO
J.S. Held
JND eDiscovery (US)
Discovery UK
KNOVOS
KPMG LLP
Kroll's Data Insights and Forensics Services
Law & Forensics
Law In Order
Law In Order (eHearings)
LDM Global
Legal Tech Innovations
Legal Tech Talent Network
Legastat Ltd
Level Legal
Lexbe
Lighthouse

Software 69
Market Dynamics 23
Technology Areas 16
Additional Resources 8
Historical Archives 38

## You Missed

Artificial Intelligence Industry

### Council clears the AI Act rewrite as the enforcement clock keeps ticking

Jul 1, 2026

Geopolitics Industry

### Confirmed versus claimed: reading the gap in Russia's June offensive

Jun 30, 2026

Artificial Intelligence Cybersecurity Industry Technology

### Why a single Signal recovery key is a preservation problem

Jun 30, 2026

EDiscovery Editor's Choice Industry Recent EDiscovery Newsletters

### Five great reads on cyber, data, and legal discovery for June 2026

Jun 29, 2026

Complex Discovery

© 2026 ComplexDiscovery OU. All rights reserved.

Privacy Cookies Terms Personal Data Disclaimer Generative AI Green Computing Logo

- LINEAL
- Lionbridge Technologies, LLC.
- LitSavant Ltd
- Lockhaven Solutions
- London Legal Discovery
- Maas Consulting Group
- MD5
- MedBrief
- Media Resources
- Merlin Search Technologies
- Millnet Document Services
- Milyli (US)
- ModeOne Technologies
- Morae Global
- Nextpoint
- NSerio
- Nuix Response: Nuix Pty Ltd
- OpenText Legal Tech
- Opus 2 International
- Ostentus
- PA Consulting Group
- Pagefreezer
- Panoram Digital
- Pivotal Mobile eDiscovery (PME)
- ProSearch (US & Ireland)
- Proteus Discovery Group
- Purpose Legal
- PwC LLP
- Quantuma
- QuisLex
- Rational Enterprise
- Relativity
- Repario
- Reveal-Brainspace
- Ricoh (US)
- Right Discovery
- Servient

- Sift Discovery
- Sky Discovery
- Smith & Williamson LLP
- SullivanStrickler Ltd
- TCDI (US)
- TransPerfect Legal Solutions
- TSD Software Ltd (Bulgaria)
- Valora Technologies
- vdiscovery
- Veristar Tech
- Veritas Technologies (US)
- Veritone
- Vound Software (Intella) (US)
- X1
- XBundle Ltd
- ZL Technologies
- ZyLAB (An IPRO Company) (Netherlands/USA)
- Zylpha