**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LONE STAR DOCUMENT MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXTPOINT INC.,<br><br>Defendant. | Case No. 1:26-cv-07809<br><br>Hon. Jeremy C. Daniel<br>Magistrate Judge Beth W. Jantz |

## NOTICE OF MOTION

TO: All counsel of record

PLEASE TAKE NOTICE that on **Tuesday, November 24, 2026, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Nextpoint Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, a copy of which is hereby served upon you.

Dated: November 18, 2026

Respectfully submitted,

/s/ Anand C. Mathew
Anand C. Mathew
LOOP LITIGATION, LLC
33 N. Dearborn St., Suite 1000
Chicago, IL 60602
(312) 949-5667
amathew@looplitigation.com

*Attorneys for Nextpoint Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, November 18, 2026, I electronically filed the foregoing using the Court's CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Anand C. Mathew