**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lone Star Document Management, LLC
Plaintiff,
v.
Case No.: 1:26−cv−07809
Honorable Jeremy C. Daniel
Nextpoint Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: Defendant Nextpoint Inc's motion to dismiss plaintiff's First Amended Complaint [23] is briefed as follows: any response is due on or before12/10/2026; any reply is due on or before 12/17/2026. Status hearing set for 1/12/2027 is reset to 1/28/2027 at 9:30 a.m. The motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.