**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LONE STAR DOCUMENT MANAGEMENT, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NEXTPOINT INC.,<br><br>*Defendant.* | C.A. No.: 1:26-cv-07809-JCD-BWJ<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Lone Star Document Management, LLC ("Lone Star" or "Plaintiff"), subject to the approval of the Court, respectfully requests that Lone Star's time to respond to Defendant NextPoint Inc's. ("Nextpoint" or "Defendant") motion to dismiss (D.I. 23) and Nextpoint's time to reply to Lone Star's response to the motion to dismiss in this action be extended.

Plaintiff requests that Plaintiff's due date for its response to Defendant's motion to dismiss be extended up to and including **December 17, 2026**, and that Defendant's due date for their reply to Plaintiff's response to the motion to dismiss be extended up to and including **January 15, 2027**.

There is good cause for this extension due to the intervening Thanksgiving Day holiday, travel schedules of counsel and matter complexity. No answer has been filed yet in this case, and the requested extension should not prejudice any schedule in this case.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending Plaintiff's deadline to respond to Defendant's motion to dismiss to **December 17, 2026**; and

extending Defendant's deadline to reply to Plaintiff's response to the motion to dismiss to **January 15, 2027**, and granting such other and further relief as the Court deems just and proper.

Dated: November 24, 2026

DEVLIN LAW FIRM LLC

*/s/ Patrick R. Delaney*

Timothy Devlin (*pro hac vice* to be filed)
tdevlin@devlinlawfirm.com
Neil A. Benchell (Ill. Bar No. 6274550)
nbenchell@devlinlawfirm.com
Patrick R. Delaney (admitted *pro hac vice*)
pdelaney@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

*Attorneys for Plaintiff,*
*Lone Star Document Management, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on November 23, 2026, counsel for the Parties conferred via electronic mail to discuss this unopposed Motion. Counsel for Defendant indicated they do not oppose the relief requested in this Motion.

*/s/ Patrick R. Delaney*
Patrick R. Delaney

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Patrick R. Delaney*
Patrick R. Delaney