**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LONE STAR DOCUMENT MANAGEMENT, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NEXTPOINT INC.,<br><br>*Defendant.* | C.A. No.: 1:26-cv-07809-JCD-BWJ<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Before the Court is Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss ("Motion").

The Court, having reviewed the Motion and finding good cause shown, hereby orders as follows:

**IT IS ORDERED** that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended up to and including **December 17, 2026**;

**IT IS ORDERED** that Defendant's deadline to reply to Plaintiff's response to Defendant's Motion to Dismiss is extended up to and including **January 15, 2027**.

**IT IS SO ORDERED**.

Beth W. Jantz
UNITED STATES MAGISTRATE JUDGE