**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lone Star Document Management, LLC
Plaintiff,
v.
Case No.: 1:26−cv−07809
Honorable Jeremy C. Daniel
Nextpoint Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 25, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for an extension of time [27] is granted. The plaintiff's response to the pending motion to dismiss is now due on or before December 17, 2026. Any reply is due on or before January 15, 2027. The January 28, 2027, status hearing is reset to March 2, 2027, at 9:30 a.m. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.